UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>286,161 bottles, 209 dietary supplement cookie packs, and 45,521 packs, boxes, or granules, more or less, of an article of food, specifically various herbal supplement capsules, tablets, cookies, and teas, as described in Appendix A, manufactured, prepared, packed, held, or distributed by LIFE RISING CORPORATION,<br><br>Defendants. | ) | No.<br><br>Judge |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Plaintiff United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure for its complaint alleges as follows:

**Nature of Action**

1. This is an action to seize and condemn articles of food (dietary supplements), as described in the caption and Appendix A (the "Defendant Articles"), in accordance with the Federal Food, Drug, and Cosmetic Act (the "Act"), 21 U.S.C. § 301, *et seq*.

2. The Defendant Articles are located at Life Rising Corporation ("Life Rising"), 7884-7888 S. Quincy Street, Willowbrook, Illinois 60527, and consist in whole or in part of components that were shipped in interstate commerce from outside the State of Illinois.

**Jurisdiction and Venue**

3. Plaintiff brings this action *in rem* to condemn and forfeit the Defendant Articles. The court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1345 and 21 U.S.C. § 334(a), which provide the court with jurisdiction over seizures brought under the Act.

4. The court has *in rem* jurisdiction over the Defendant Articles because the Defendant Articles are located in the Northern District of Illinois. Upon filing this complaint, the United States requests that the court issue an arrest warrant *in rem* pursuant to Fed. R. Civ. P. Supplemental Rule G(3)(b)(ii), which the United States will execute upon the Defendant Articles pursuant to Supplemental Rule G(3)(c).

5. Venue lies in this district because it is the district where the *res* is situated. 28 U.S.C. § 1395(b); 21 U.S.C. § 334(a). Specifically, the Defendant Articles are located in the Northern District of Illinois, at 7884-7888 S. Quincy Street, Willowbrook, Illinois 60527.

**Basis for Forfeiture**

6. The Defendant Articles are a food (dietary supplements) within the meaning of the Act, 21 U.S.C. § 321(ff).

7. The Defendant Articles are adulterated, after shipment in interstate commerce, within the meaning of the Act, 21 U.S.C. § 342(g)(1), in that they are dietary supplements that have been manufactured, prepared, packed, or held under conditions that do not conform to the current Good Manufacturing Practice ("cGMP") regulations, 21 C.F.R Part 111.

8. By reason of the foregoing, the Defendant Articles are held illegally within the jurisdiction of this Court and are liable to seizure, forfeiture, and condemnation pursuant to 21 U.S.C. § 334.

**Facts**

9.      Life Rising is a manufacturer and/or distributor of dietary supplement products bearing brand names Life Rising, Holicare, and HopeStream, among others.

10.      Life Rising is located at 7884 S. Quincy Street, Willowbrook, Illinois 60527 and has additional storage and manufacturing operations at 7886 and 7888 S. Quincy Street, Willowbrook, Illinois 60527, respectively.  Some Life Rising operations are conducted at Holicare LLC ("Holicare"), which locations include but are not limited to 2131 S. Archer Ave., Chicago, Illinois 60616 and 3100 Dundee Rd., Unit 402, Northbrook, Illinois 60062, all within the jurisdiction of this Court.

11.      From February 28, 2019, to May 17, 2019, the U.S. Food and Drug Administration ("FDA") conducted an inspection of Life Rising at 7884 S. Quincy St., Willowbrook, Illinois 60527.  During the inspection, FDA investigators observed, among other things, numerous and continuing significant deviations from the dietary supplement cGMP regulations, many of which were similar or identical to violations noted during a prior FDA inspection of Life Rising in 2016 and in a warning letter that FDA issued to Life Rising in 2017.

12.      At the end of the 2019 inspection, the FDA investigators issued a form FDA 483 (Inspectional Observations) to the quality control manager of Life Rising, notifying him of 27 objectionable conditions ("observations").  These observations are violations of the dietary supplement cGMP requirements and demonstrate that the Defendant Articles continue to be adulterated under the Act, 21 U.S.C. § 342(g)(1), because they have been manufactured, prepared, packed, or held under conditions that do conform to the cGMP regulations at 21 C.F.R. Part 111. Specifically, the violations include but are not limited to the following:

A.      Failure to establish written training procedures (21 C.F.R. §§ 111.8,

111.14).

        B.     Failure to ensure that each person identified to perform quality control operations has distinct and separate responsibilities related to performing such operations from those responsibilities that the person otherwise has when not performing such operations (21 C.F.R. § 111.12(b)).

        C.     Failure to establish written procedures for pest control (21 C.F.R. § 111.23(b)).

        D.     Failure to assign one or more employees to supervise overall sanitation (21 C.F.R. § 111.15(k)).

        E.     Failure to establish and follow written procedures for maintaining, cleaning, and sanitizing, as necessary, all equipment, utensils, and any other contact surfaces that are used to manufacture, package, label, or hold components or dietary supplements (21 C.F.R. § 111.25(c)).

        F.     Failure to adequately document any calibration, each time the calibration is performed, for instruments and controls used in manufacturing or testing a component or dietary supplement, including by not identifying the reference standard used, the calibration method used, and the calibration reading or readings found (21 C.F.R. § 111.35(b)(3)).

        G.     Failure to collect and hold reserve samples of packaged and labeled dietary supplements that were distributed (21 C.F.R. § 111.83).

        H.     Failure to establish component specifications for identity, purity, strength, and composition for each component used to manufacture a dietary supplement (21 C.F.R. § 111.70(b)).

        I.     Failure to establish product specifications for the identity, purity, strength,

and composition of each finished batch of dietary supplement (21 C.F.R. § 111.70(e)). Because the company does not have such specifications, including limits on contaminants, it is impossible for the company to determine whether the specifications are met (21 C.F.R. § 111.75(c)).

J.     Failure to confirm the identity of other components (i.e., non-dietary ingredients) and determine whether other applicable component specifications are met by conducting appropriate tests or examinations (21 C.F.R. § 111.75(a)(2)(i)) and because of improper reliance on a supplier's certificate of analysis (21 C.F.R. § 111.75(a)(2)(ii)) — specifically, failure to first qualify the component supplier by establishing the reliability of the supplier's certificate of analysis through confirmation of the results of the supplier's tests or examinations (21 C.F.R. § 111.75(a)(2)(ii)(A)); and because the certificate of analysis does not include a description of the tests or examination methods used, limits of the tests or examinations, and the actual results of the tests or examinations (21 C.F.R. § 111.75(a)(2)(ii)(B)).

K.     Failure to establish and follow written procedures for quality control operations, including written procedures for conducting a material review and making a disposition decision (21 C.F.R. § 111.103).

L.     Failure to establish and follow a master manufacturing record for each unique formulation of dietary supplement manufactured, and for each batch size, that contains all required information and meets the requirements to ensure uniformity in the finished batch and from batch to batch (21 C.F.R. §§ 111.205, 111.210).

M.     Failure to prepare a batch production record for each batch of dietary supplement that includes all required information and documentation (21 C.F.R. §§ 111.255, 111.260).

N.     Failure to clearly identify, hold, and control, under a quarantine system for

appropriate disposition, packaged and labeled dietary supplement rejected for distribution (21 C.F.R. § 425).

O. Failure to determine whether the finished, packaged and labeled, dietary supplement conforms to specification established in accordance with 21 C.F.R. § 111.70(g) (21 C.F.R. § 111.127(d)).

13. On May 17, 2019, pursuant to its authority under the Act, 21 U.S.C. § 334(h)(1), FDA inventoried and placed under administrative detention at Life Rising Corporation, 7884-7888 S. Quincy St., Willowbrook, Illinois 60527, the products listed on Appendix A. Pursuant to 21 U.S.C. § 334(h)(2), the administrative detention cannot exceed 30 days. Consequently, the seizure sought in this action is necessary to ensure that the adulterated Defendant Articles are not further distributed.

**Claim for Relief**

14. The United States incorporates by reference paragraphs 1 through 13 as if fully set forth in this paragraph.

15. Under 21 U.S.C. § 342(g)(1), a dietary supplement is adulterated if it has been prepared, packed, or held under conditions that do not conform to the cGMP regulations.

16. The Defendant Articles, food (dietary supplements), are adulterated within the meaning of 21 U.S.C. § 342(g)(1).

17. By reason of the foregoing, the Defendant Articles are held illegally within the jurisdiction of this Court and are liable to seizure and condemnation pursuant to 21 U.S.C. § 334.

WHEREFORE, Plaintiff United States of America prays that:

(a) a warrant issue for the arrest and seizure of the Defendant Articles;

(b)    notice of this action be given to all persons who reasonably appear to be potential claimants of the Defendant Articles;

(c)    the Defendant Articles of food (dietary supplements) be condemned and forfeited to the United States of America;

(d)    the Defendant Articles of food (dietary supplements), be disposed of pursuant to the provisions of the Act;

(e)    Plaintiff be awarded its costs and disbursements in this action; and

(f)    Plaintiff be granted such other and further relief that the court deems just and proper.

Dated:    June 10, 2019

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov

**VERIFICATION**

I, Lauren Crivellone, verify and declare under penalty of perjury as follows:

I am a Compliance Officer for the U.S. Food and Drug Administration, United States Department of Health and Human Services, and state that I have read the foregoing Verified Complaint for Forfeiture *In Rem* in this action and that the allegations it contains are true and correct to the best of my knowledge, information, and belief.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States maintained in the ordinary course of business as well as my investigation of this case as a Compliance Officer, Chicago District Office, United States Food and Drug Administration. I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of June, 2019.

LAUREN CRIVELLONE
Compliance/Consumer Safety Officer
Food and Drug Administration
U.S. Department of Health and Human Services

# APPENDIX A

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 9:00 a.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "ACE-BRAIN" 2103-8114 106 bottles
Life Rising Tablets "ACE" 2143-894 51 bottles
Life Rising Tablets "ACE-BR" 2153-884 389 bottles
Life Rising Tablets "ACE-P" 283-874 2734 bottles
Life Rising Tablets "ACLEAN" 2153-8114 417 bottles
Life Rising Tablets "Agrimony" 2153-8124 79 bottles
Life Rising Tablets "ALL-E" 2103-864 1915 bottles
Life Rising Tablets "AMENO-G" 2113-844 698 bottles
Life Rising Tablets "AN-SHEN" 2133-844 847 bottles
Life Rising Tablets "B Chest Circulation Support" 2163-844 66 bottles
Life Rising Tablets "BAHU" 2153-8124 1162 bottles
Life Rising Tablets "BB" 293-8124 91 bottles
Life Rising Tablets "BB" 2153-894 462 bottles
Life Rising Tablets "BBTM" 2143-834 1093 bottles
Life Rising Tablets "BHDH" 2153-8124 612 bottles
Life Rising Tablets "BHT" 293-8124 27 bottles
Life Rising Tablets "BIYA-C" 2163-844 102 bottles
Life Rising Tablets "BLAD-QK" 2103-854 815 bottles
Life Rising Tablets "BLOOD-CM" 2103-834 880 bottles
Life Rising Tablets "BRAIN-CC" 2113-844 738 bottles
Life Rising Tablets "BRAIN-DES" 2163-854 60 bottles
Life Rising Tablets "BRAIN-S" 2153-824 127 bottles
Life Rising Tablets "BREAST-BL" 2103-864 51 bottles
Life Rising Tablets "BREAST-ND" 2153-8114 937 bottles
Life Rising Tablets "BRONCH-G" 2133-854 136 bottles
Life Rising Tablets "BT" 2133-8114 94 bottles
Life Rising Tablets "BT" 2153-864 216 bottles
Life Rising Tablets "BTWT" 2143-824 1715 bottles
Life Rising Tablets "BXXT" 2153-834 18 bottles
Life Rising Tablets "BY-2" 293-884 1028 bottles
Life Rising Tablets "BYHW" 293-894 796 bottles
Life Rising Tablets "BYZH" 2143-844 72 bottles
Life Rising Tablets "BYT" 2163-874 85 bottles
Life Rising Tablets "CAPILLARIS" 2143-884 564 bottles
Life Rising Tablets "CHSG" 2143-894 280 bottles
Life Rising Tablets "CHUN-NOD" 2133-884 830 bottles
Life Rising Tablets "CLEAN B-D" 273-844 518 bottles
Life Rising Tablets "CLEAN B-D" 283-884 432 bottles
Life Rising Tablets "CLN B-W" 2143-814 502 bottles
Life Rising Tablets "COIX-C" 2153-864 216 bottles
Life Rising Tablets "COIX-C" 2153-874 509 bottles

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | |

**FORM FDA 2289c (2/13)** **Continuation Page 1 of 24**

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 9:00 a.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "COLON-P" 2103-864 698 bottles
Life Rising Tablets "COLON-POP" 2133-834 1058 bottles
Life Rising Tablets "CULA" 2103-874 391 bottles
Life Rising Tablets "DACH" 2153-854 156 bottles
Life Rising Tablets "DAOC-3" 2123-864 303 bottles
Life Rising Tablets "DCHT" 2143-874 600 bottles
Life Rising Tablets "DHGS" 2143-854 1153 bottles
Life Rising Tablets "DHYZ" 2153-8124 1410 bottles
Life Rising Tablets "DJ-SHI" 2133-844 1286 bottles
Life Rising Tablets "DKMX-2" 2153-8124 1180 bottles
Life Rising Tablets "DLHT" 2153-8124 612 bottles
Life Rising Tablets "DUHO-2" 2103-814 15 bottles
Life Rising Tablets "EAR-CALM" 2133-854 960 bottles
Life Rising Tablets "EAR-PC.B" 2103-854 1118 bottles
Life Rising Tablets "EAR-SP" 293-864 1365 bottles
Life Rising Tablets "ELZC" no visible lot 1 bottles
Life Rising Tablets "EMF" 293-8114 13 bottles
Life Rising Tablets "EMF" 283-884 40 bottles
Life Rising Tablets "EYE-GL" 293-824 69 bottles
Life Rising Tablets "EYE-IF" 2153-814 87 bottles
Life Rising Tablets "EYE-IF" 2153-824 432 bottles
Life Rising Tablets "F1" 2153-824 432 bottles
Life Rising Tablets "F1" 2153-834 1078 bottles
Life Rising Tablets "FEM-D-DH" 2103-854 1109 bottles
Life Rising Tablets "FER-CC" 283-8104 517 bottles
Life Rising Tablets "FER-OW" 2103-874 840 bottles
Life Rising Tablets "FFTS" 2153-894 139 bottles
Life Rising Tablets "FFTS-2" 2153-874 608 bottles
Life Rising Tablets "FSP-2" 293-844 72 bottles
Life Rising Tablets "FXT" 2143-854 735 bottles
Life Rising Tablets "FZLZ" no visible lot 133 bottles
Life Rising Tablets "G" 263-844 87 bottles
Life Rising Tablets "G-DBP" 283-8104 738 bottles
Life Rising Tablets "GFW" 2163-884 42 bottles
Life Rising Tablets "GFW" 2143-814 3 bottles
Life Rising Tablets "GH" 2153-8104 540 bottles
Life Rising Tablets "GH" 2143-844 1 bottles
Life Rising Tablets "GHHT" 2143-834 381 bottles
Life Rising Tablets "GJTF" 2153-854 452 bottles
Life Rising Tablets "GLMT" 2143-864 875 bottles

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | [signature] |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

# DETENTION ORDER CONTINUATION SHEET

| DETENTION ORDER NUMBER | DATE AND HOUR DETAINED | |
|---|---|---|
| DO 0902 | 05/17/2019 | 9:00 a.m. |

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "GLWG" 2143-874 1074 bottles
Life Rising Tablets "GMJ" 293-884 49 bottles
Life Rising Tablets "GMJ" no visible lot 54 bottles
Life Rising Tablets "GMJ-2" 2103-874 507 bottles
Life Rising Tablets "GMJ-2" 293-874 125 bottles
Life Rising Tablets "GPS" 273-864 261 bottles
Life Rising Tablets "GPT" 2163-834 66 bottles
Life Rising Tablets "G-QJF" 2133-844 85 bottles
Life Rising Tablets "GSZT" 2163-984 90 bottles
Life Rising Tablets "GW" 283-864 161 bottles
Life Rising Tablets "GX-2" 2143-884 18 bottles
Life Rising Tablets "G-XXN" 2143-874 680 bottles
Life Rising Tablets "GZT" 2143-8124 373 bottles
Life Rising Tablets "Hawthorn" 2103-854 288 bottles
Life Rising Tablets "HEAD-PC" 2103-864 450 bottles
Life Rising Tablets "HEAD-W.H" 2123-834 588 bottles
Life Rising Tablets "HEART-BAL" 2133-814 882 bottles
Life Rising Tablets "HEART-HBP" 2133-814 914 bottles
Life Rising Tablets "HGWT" 263-894 8 bottles
Life Rising Tablets "HLJD" 2143-834 796 bottles
Life Rising Tablets "HLJD" 2153-8114 216 bottles
Life Rising Tablets "HNSH" 2163-864 6 bottles
Life Rising Tablets "Honeysuckle" 2143-894 721 bottles
Life Rising Tablets "HOT-ASMA" 2123-874 408 bottles
Life Rising Tablets "HPQW" 2153-8114 1157 bottles
Life Rising Tablets "HQT" 2143-824 1171 bottles
Life Rising Tablets "HXS" 2103-844 205 bottles
Life Rising Tablets "HY-CALM" 2133-884 132 bottles
Life Rising Tablets "IMMU-J" 2103-864 372 bottles
Life Rising Tablets "IMMUN-QYIN" 2123-864 78 bottles
Life Rising Tablets "IMMUN-QYIN" 2123-844 306 bottles
Life Rising Tablets "INCALM" 293-814 666 bottles
Life Rising Tablets "INT-D.P" 293-834 944 bottles
Life Rising Tablets "INT-HDP" 2153-874 42 bottles
Life Rising Tablets "INT-IBS" 2103-854 627 bottles
Life Rising Tablets "J-2" 2143-884 810 bottles
Life Rising Tablets "JF-1" 273-864 760 bottles
Life Rising Tablets "JFBD" 2153-834 110 bottles
Life Rising Tablets "JF-F" 283-834 915 bottles
Life Rising Tablets "JING" 2163-824 442 bottles
Life Rising Tablets "JOINT-GT" 293-834 375 bottles

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | [signature] |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 9:00 a.m. / p.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "JOINT-GT" 293-834 375 bottles
Life Rising Tablets "JOINT-RP" 2143-854 454 bottles
Life Rising Tablets "JOINT-WC" 2103-864 809 bottles
Life Rising Tablets "JOINT-YIN" 2143-884 322 bottles
Life Rising Tablets "JOINT-YIN" 2133-814 315 bottles
Life Rising Tablets "JPW" no visible lot 128 bottles
Life Rising Tablets "JSGJ" no visible lot 238 bottles
Life Rising Tablets "JSGZ" no visible lot 168 bottles
Life Rising Tablets "JT-HLT" 273-834 216 bottles
Life Rising Tablets "JTW" 293-874 801 bottles
Life Rising Tablets "JXY" 293-8114 42 bottles
Life Rising Tablets "KNEE-ST" 2153-8124 1289 bottles
Life Rising Tablets "LUNG-C-F" 2113-874 1063 bottles
Life Rising Tablets "LUNG-YIHM" 2153-874 240 bottles
Life Rising Tablets "MACT" 2153-8124 879 bottles
Life Rising Tablets "MBW-2" 2153-894 712 bottles
Life Rising Tablets "MELON-C" 2153-8124 225 bottles
Life Rising Tablets "MENO-EX" 2133-874 533 bottles
Life Rising Tablets "MENO-REG" 293-844 1039 bottles
Life Rising Tablets "MET-G" 2153-8124 132 bottles
Life Rising Tablets "MIND-ADH" 2153-834 336 bottles
Life Rising Tablets "MIND-D" 2103-8104 266 bottles
Life Rising Tablets "MOUTH-S" 293-824 1032 bottles
Life Rising Tablets "MSP-ST" 2103-8104 432 bottles
Life Rising Tablets "MSP-ST" 283-8104 304 bottles
Life Rising Tablets "MSP-YI" 293-864 372 bottles
Life Rising Tablets "MXYG-2" 2143-844 1691 bottles
Life Rising Tablets "MYT" 2153-844 438 bottles
Life Rising Tablets "NERVE-P.Y" 2103-8114 1111 bottles
Life Rising Tablets "NGYZ" no visible lot 234 bottles
Life Rising Tablets "NOSE-IF" 2133-874 1047 bottles
Life Rising Tablets "NOSE-IF" 2153-8114 216 bottles
Life Rising Tablets "OVA-CYS" 253-834 111 bottles
Life Rising Tablets "P" 293-8124 886 bottles
Life Rising Tablets "P" 263-844 43 bottles
Life Rising Tablets "PAUSE-REG" 2133-844 1060 bottles
Life Rising Tablets "PDL" 2133-8114 312 bottles
Life Rising Tablets "PREG-MIS" 293-824 264 bottles

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | [signature] |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION | DETENTION ORDER NUMBER<br><br>**DO** 0902 | DATE AND HOUR DETAINED<br><br>05/17/2019 | 9:00 a.m.<br>p.m. |
|---|---|---|---|
| **DETENTION ORDER<br>CONTINUATION SHEET** | | | |

The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.

Life Rising Tablets "PREG-MOR" 293-834 1020 bottles
Life Rising Tablets "PROST-EL" 2153-834 63 bottles
Life Rising Tablets "PROST-EL" 2133-8124 3 bottles
Life Rising Tablets "PROST-IF" 2103-824 50 bottles
Life Rising Tablets "PXD" 2163-854 102 bottles
Life Rising Tablets "Q" 293-894 198 bottles
Life Rising Tablets "QCJF" 2153-854 228 bottles
Life Rising Tablets "QCT" 2123-864 1454 bottles
Life Rising Tablets "QCJ" 2143-874 502 bottles
Life Rising Tablets "QHBJ-2" 2103-824 30 bottles
Life Rising Tablets "QHBJ-2" 2113-814 377 bottles
Life Rising Tablets "QIAN LIE" no visible lot 174 bottles
Life Rising Tablets "QI-DESCED" 2133-884 1453 bottles
Life Rising Tablets "QIS" 283-8124 418 bottles
Life Rising Tablets "QJL-T" 2123-8114 781 bottles
Life Rising Tablets "QLBD" 253-8114 917 bottles
Life Rising Tablets "QLS" 2103-894 1166 bottles
Life Rising Tablets "QSHR" 2143-894 255 bottles
Life Rising Tablets "QSHR-W.H" 2133-844 23 bottles
Life Rising Tablets "QSHR-W.H" 2133-854 40 bottles
Life Rising Tablets "QSHR-W.H" 2153-844 617 bottles
Life Rising Tablets "QT" 2163-814 18 bottles
Life Rising Tablets "QXR" 2163-814 6 bottles
Life Rising Tablets "RCQ" 2163-814 1211 bottles
Life Rising Tablets "RCQ-G" 2133-814 776 bottles
Life Rising Tablets "RCQ-G-2" 2133-814 864 bottles
Life Rising Tablets "RECT-HM" 2153-8124 870 bottles
Life Rising Tablets "REGROW" 2133-864 567 bottles
Life Rising Tablets "Rehmannia" 293-824 884 bottles
Life Rising Tablets "RG" 2133-8114 56 bottles
Life Rising Tablets "RG-DRY" 2133-814 652 bottles
Life Rising Tablets "Salvia" 2153-894 320 bottles
Life Rising Tablets "SAN-QI" 2153-824 122 bottles
Life Rising Tablets "SBT" 2143-854 1080 bottles
Life Rising Tablets "SCFS" 2143-844 1047 bottles
Life Rising Tablets "SF" 2143-814 325 bottles
Life Rising Tablets "SHBU" 2153-854 348 bottles
Life Rising Tablets "SHBU" 273-834 36 bottles
Life Rising Tablets "SHBU" 293-884 96 bottles
Life Rising Tablets "SHEN-QI" 293-894 739 bottles
Life Rising Tablets "SHM-MF" 2163-874 6 bottles

| NAME OF FDA EMPLOYEE (Type or print)<br>Chase S. Baldwin | TITLE (FDA Employee)<br>Investigator | SIGNATURE (FDA Employee) |
|---|---|---|

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

# DETENTION ORDER CONTINUATION SHEET

DETENTION ORDER NUMBER: DO 0902

DATE AND HOUR DETAINED: 05/17/2019 9:00 a.m.

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "SHT" 2153-874 306 bottles
Life Rising Tablets "SHU-Q" 293-894 672 bottles
Life Rising Tablets "SIDE-SP" 2103-884 486 bottles
Life Rising Tablets "Siberian Ginseng" 2133-864 303 bottles
Life Rising Tablets "SINUS-IF" 2153-8124 685 bottles
Life Rising Tablets "SKIN-AL" 2143-874 303 bottles
Life Rising Tablets "SKIN-BP" 2103-824 571 bottles
Life Rising Tablets "SKIN-D.TH" 293-834 913 bottles
Life Rising Tablets "SKIN-EZ-W" 293-834 905 bottles
Life Rising Tablets "SKIN-HV" 293-814 768 bottles
Life Rising Tablets "SKIN-NT" 2133-864 684 bottles
Life Rising Tablets "SKIN-SCRO" 293-834 1075 bottles
Life Rising Tablets "SKIN-SIGL" 2153-8124 557 bottles
Life Rising Tablets "SKIN-V" 273-834 21 bottles
Life Rising Tablets "SKIN-V-BS" 2103-864 1229 bottles
Life Rising Tablets "SLBZ" 2153-864 92 bottles
Life Rising Tablets "SLEAN" 2153-874 420 bottles
Life Rising Tablets "SLEAN-TH" 293-824 909 bottles
Life Rising Tablets "Shrubby Sophora" 283-864 71 bottles
Life Rising Tablets "Shrubby Sophora" 2103-834 767 bottles
Life Rising Tablets "SPINE-SN" 293-834 558 bottles
Life Rising Tablets "SQDB" no visible lot 46 bottles
Life Rising Tablets "STAS-MIX" 2133-864 1080 bottles
Life Rising Tablets "STOM-DEC" 2103-854 1529 bottles
Life Rising Tablets "STOM-GS" 2103-814 146 bottles
Life Rising Tablets "STOM-HP" 2103-854 718 bottles
Life Rising Tablets "STOM-QSF" 2103-854 881 bottles
Life Rising Tablets "STOM-UL" 2103-834 1026 bottles
Life Rising Tablets "STOM-YIN" 2133-824 606 bottles
Life Rising Tablets "SUJF" 293-8124 792 bottles
Life Rising Tablets "SWHQ" 2153-824 709 bottles
Life Rising Tablets "SWXF" 2143-814 783 bottles
Life Rising Tablets "SXY" 2143-824 668 bottles
Life Rising Tablets "SYGC" 2163-874 18 bottles
Life Rising Tablets "SZRT" 2153-854 260 bottles
Life Rising Tablets "SZRT-PLUS" 2133-854 505 bottles
Life Rising Tablets "SZT" 2153-864 415 bottles
Life Rising Tablets "SZTF" 2133-884 365 bottles
Life Rising Tablets "TDXF" 2143-844 918 bottles
Life Rising Tablets "TEETH-ST.K" 2103-884 114 bottles
Life Rising Tablets "TEETH-ST.K" 2103-874 648 bottles

| NAME OF FDA EMPLOYEE (Type or print) | TITLE (FDA Employee) | SIGNATURE (FDA Employee) |
| --- | --- | --- |
| Chase S. Baldwin | Investigator | [signature] |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 | 9:00 a.m. |
|---|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "THROAT-P" 2103-854 961 bottles
Life Rising Tablets "TMW" no visible lot code 104 bottles
Life Rising Tablets "TRCHQ" 2153-8124 89 bottles
Life Rising Tablets "TRCHQ" 2163-864 5 bottles
Life Rising Tablets "TWBX" 2163-814 30 bottles
Life Rising Tablets "URIN-B.W" 293-824 1412 bottles
Life Rising Tablets "UT-DBS" 2113-844 477 bottles
Life Rising Tablets "VESSEL-INF" 293-844 1097 bottles
Life Rising Tablets "VOICE-CL" 2103-854 951 bottles
Life Rising Tablets "VOICE-SP" 2123-834 1701 bottles
Life Rising Tablets "WALNUT-C" 2143-884 686 bottles
Life Rising Tablets "WDT" 2143-894 151 bottles
Life Rising Tablets "WDT-TEN" 2153-854 960 bottles
Life Rising Tablets "WJT" 2113-814 77 bottles
Life Rising Tablets "WJT" 2153-8104 170 bottles
Life Rising Tablets "WJXD" no visible lot code 544 bottles
Life Rising Tablets "WLS" 2103-894 13 bottles
Life Rising Tablets "WLS" 2153-8114 216 bottles
Life Rising Tablets "WYGX" 2153-8114 948 bottles
Life Rising Tablets "WZW" 2143-8104 324 bottles
Life Rising Tablets "WZW" 293-894 121 bottles
Life Rising Tablets "WZW-2" 293-854 858 bottles
Life Rising Tablets "WZYT" 2143-874 904 bottles
Life Rising Tablets "XCH" 2153-8114 708 bottles
Life Rising Tablets "XDH-2" 2163-884 42 bottles
Life Rising Tablets "XFDZ" 283-844 704 bottles
Life Rising Tablets "XG" 2163-884 72 bottles
Life Rising Tablets "XH" 293-8124 254 bottles
Life Rising Tablets "XI" 2163-884 42 bottles
Life Rising Tablets "XK-LIV" 2103-834 714 bottles
Life Rising Tablets "XM" 293-8114 96 bottles
Life Rising Tablets "XMT" 2143-844 1037 bottles
Life Rising Tablets "XTSJ" 293-8114 53 bottles
Life Rising Tablets "XTSJ" 2113-814 497 bottles
Life Rising Tablets "XTSJ-L" 2143-894 399 bottles
Life Rising Tablets "XTSJ-SKIN" 2133-834 231 bottles
Life Rising Tablets "Yang Ming Purge" 253-824 223 bottles
Life Rising Tablets "YANT" 2153-884 102 bottles
Life Rising Tablets "YAOT" 2143-874 110 bottles
Life Rising Tablets "YAOT" 2163-814 648 bottles
Life Rising Tablets "YAOT" 2153-8124 59 bottles

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 9:00 a.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "YCH" 2153-874 15 bottles
Life Rising Tablets "YDW" no visible lot code 165 bottles
Life Rising Tablets "YDW" no visible lot code 77 bottles
Life Rising Tablets "YFB" 2143-814 379 bottles
Life Rising Tablets "YFB" 2143-884 315 bottles
Life Rising Tablets "YIGAS" 2153-864 736 bottles
Life Rising Tablets "YIGAS" 2153-854 216 bottles
Life Rising Tablets "YIMF" 293-8114 246 bottles
Life Rising Tablets "YIN-CHIAO" 2143-874 276 bottles
Life Rising Tablets "YISH" 2143-854 35 bottles
Life Rising Tablets "Y-JXY" T36190133-1 545 bottles
Life Rising Tablets "YLZ-J" 253-8114 71 bottles
Life Rising Tablets "YLZ-J" 273-834 411 bottles
Life Rising Tablets "YT" 2123-874 130 bottles
Life Rising Tablets "YXC" no visible lot code 666 bottles
Life Rising Tablets "ZCHT" 2163-814 6 bottles
Life Rising Tablets "ZGTF-2" 2143-814 188 bottles
Life Rising Tablets "ZWT" 2103-854 1202 bottles
Life Rising Tablets "ZXT" 2143-824 955 bottles
Life Rising Capsules "ZZHP Gardenia -Magnolia Formula .5 60 capsules" C3680733-1 65 bottles
Life Rising Capsules "WJW Acid Relief .75gx54capsules" C3690533-1 103 bottles
Life Rising Capsules "Throat-C Throat Calmer .5 60 capsules" C3690433-1 106 bottles
Life Rising Capsules "UR-IC Urine Tract Cooler 60 caps" C3690133-1 62 bottles
Life Rising Capsules "TQS-11 .5 Ear-Qi Circulation Activator 60 capsules" C3681133-1 44 bottles
Life Rising Capsules "TT Side Head Regulator TT .5 60 capsules" C369033-1 37 bottles
Life Rising Capsules "WCG .5 Seasonal Support Dampness 60 capsules" C3681133-1 123 bottles
Life Rising Capsules "SHM-BD Dream Peave .5gx54 capsules" C3690133-1 88 bottles
Life Rising Capsules "SSR .5 Stomach Soothing 60 capsules" C3690133-1 106 bottles
Life Rising Capsules "SHU-Q Promote Bladder 54 capsules" C3690133-1 56 bottles
Life Rising Capsules "QXR-2 Lower Body Regulator-2 60 capsules" C3681233-1 56 bottles
Life Rising Capsules "QT Front Head Support .5 60 caps" C3690133-1 28 bottles
Life Rising Capsules "QZHS-A Muscle Balance" C3680833-1 78 bottles
Life Rising Capsules "TQS Ear Circulation Activater .5gx54 caps" C3690133-1 174 bottles
Life Rising Capsules "SLEAN-WIN .5 Skin Warmer 60 capsules" C3680533-1 99 bottles
Life Rising Capsules "RC-CM .5 Rectal Calm 60 caps" C3681133-1 33 bottles
Life Rising Capsules "QGW Indigo Complex .6gx54 capsules" C3681033-1 23 bottles
Life Rising Capsules "ZGC Heart Support 60 capsules" C3681133-1 60 bottles
Life Rising Capsules "Qis-2 Balance Regulator-2" C3680933-1 58 bottles
Life Rising Capsules "QR Four Yellow Herb Complex 54 capsules" no visible lot code 19 bottles
Life Rising Capsules "QJC Maintain Healthy Weight 54 capsules" C3681133-1 81 bottles
Life Rising Capsules "Qi-Stas Energy Circulation 60 capsules" C3690333-1 73 bottles

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 9:00 a.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Capsules "Nose-AL-Q Nose Support Qi 60 capsules" C3680633-1 60 bottles
Life Rising Capsules "Nose-AL-Q Nose Support Qi 60 capsules" C3681133-1 250 bottles
Life Rising Capsules "PROST-2 .6 Prostate Support-2 60 capsules" C3690233-1 36 bottles
Life Rising Capsules "NOSE-CF .6 60 capsules" C3680933-1 81 bottles
Life Rising Capsules "NOSE-CF-2 .6 Nose Cleansing-2 60 capsules" C3680933-1 133 bottles
Life Rising Capsules "ZGTF Sciatic Peace .5gx54 capsules" C3690533-1 108 bottles
Life Rising Capsules "PITT-2 .5 60 caps General Head Relief" C3680833-1 98 bottles
Life Rising Capsules "ZGTF-G .5 Sciatic Support General 60 capsules" C3690433-1 153 bottles
Life Rising Capsules "QT-2 .5 Front Head Support-2 60 capsules" C3681133-1 96 bottles
Life Rising Capsules "XBXT .5 Minor Pinellia Complex 60 capsules" C3690133-1 35 bottles
Life Rising Capsules "XLW Lymph Regulator - Neck 54 capsules" C3680833-1 39 bottles
Life Rising Capsules "XXB-2 Bladder Support-2 54 capsules" C3690433-1 83 bottles
Life Rising Capsules "XK-SP .5 Pancreas Spleen Regulator" C3681133-1 86 bottles
Life Rising Capsules "XK-SP-2 .5 Pancreas Splean Regulator 2 60 caps" C3680333-1 16 bottles
Life Rising Capsules "XK-3 Cool Moistening-3 .5x54 capsules" C3681233-1 43 bottles
Life Rising Capsules "XM Colon Regulate .7gx54 capsules" C3681133-1 29 bottles
Life Rising Capsules "XM Colon Regulate .7gx54 capsules" C3681033-1 95 bottles
Life Rising Capsules "YANT-CR Throat Clearing .5 60 capsules" C3680933-1 117 bottles
Life Rising Capsules "XY-C .5 Liver Cirulation Plus 60 capsules" C3690133-1 36 bottles
Life Rising Capsules "ZCHT Gardenia Complex .5 60 capsules" C3690233-1 17 bottles
Life Rising Capsules "ZGC .5 Heart Support (Zhi Gan Cao Tang) 60 capsules" C3690333-1 83 bottles
Life Rising Brew Packs "XG Cold Deficiency" 243-814 133 packs 20 g per pack
Life Rising Brew Packs "XG Cold Deficiency" 273-874 85 packs 20 g per pack
Life Rising Brew Packs "B-ACHE Ache-Free" 243-824 206 packs 20 g per pack
Life Rising Brew Packs "PITT Deep Head Reliever" 243-8104 613 packs 20 g per pack
Life Rising Brew Packs "PITT Deep Head Reliever" 253-874 85 packs 20 g per pack
Life Rising Brew Packs "BHT Smooth Qi" 203-844 360 packs 20 g per pack
Life Rising Brew Packs "RK Cool Lung Qi" 233-8124 400 packs 20 g per pack
Life Rising Brew Packs "RG Defense Regulator-R" 293-844 356 packs 20 g per pack
Life Rising Brew Packs "FD-6 First Defense-General" 283-8104 40 packs 20 g per pack
Life Rising Brew Packs "QWR Lower Damp Heat" 233-854 352 packs 20 g per pack
Life Rising Brew Packs "YANT" 273-824 418 packs 20 g per pack
Life Rising Cookies "Metabolism Regulate Cookie Dietary Supplement" 20180820K36180833 209 packs / 30 cookies; 15.87 oz per pack
Life Rising Tea "Herbal Cleansing Tea-2 Dietary Supplement" B36180933 268 packs / 30 brew bags; 6.35 oz per pack
Life Rising Tea "Herbal Cleansing Tea Dietary Supplement" B36180533 690 packs / 30 brew bags; 6.35 oz per pack

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | [signature] |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 9:00 a.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "CLN-BD Healthy Blood Support-D" 283-884 3552 bottles / 60 tablets per bottle
Life Rising Tablets "Colon-P Colon Peace" 2103-864 1296 bottles / 60 tablets per bottle
Life Rising Tablets "Colon-Pop Colon Clear" 2133-834 864 bottles / 60 tablets per bottle
Life Rising Tablets "EAR-PC.B" 2103-854 864 bottles / 60 tablets per bottle
Life Rising Tablets "FER-OW Reproductive-OW" 2103-874 432 bottles / 60 tablets per bottle
Life Rising Tablets "GH Regulate Liver" 2153-854 1512 bottles / 60 tablets per bottle
Life Rising Tablets "GJTF Joint Support" 2153-854 648 bottles / 60 tablets per bottle
Life Rising Tablets "GLMT Cinnamon Complex" 2143-864 648 bottles / 60 tablets per bottle
Life Rising Tablets "GMJ-2 Immune Regulator-2" 2103-874 1511 bottles / 60 tablets per bottle
Life Rising Tablets "HLJD Coptis Complex" 2153-8104 613 bottles / 60 tablets per bottle
Life Rising Tablets "HLJD Coptis Complex" 2153-8114 216 bottles / 60 tablets per bottle
Life Rising Tablets "HEART-HBP Heart-Even" 2133-814 396 bottles / 60 tablets per bottle
Life Rising Tablets "HEART-BAL Heart Balance" 2133-814 432 bottles / 60 tablets per bottle
Life Rising Tablets "INT-D.P. Intestine Peace" 293-834 643 bottles / 60 tablets per bottle
Life Rising Tablets "JF-1 Weight Support-1" 273-864 6264 bottles / 60 tablets per bottle
Life Rising Tablets "JF-F Weight Support-F" 283-834 648 bottles / 60 tablets per bottle
Life Rising Tablets "JT-HLT Further Regulator (Jin Tui Huang Lian Tang)" 273-834 1296 bottles / 60 tablets per bottle
Life Rising Tablets "MET-G Metabolism Support" 2153-8124 360 bottles / 60 tablets per bottle
Life Rising Tablets "MET-G Metabolism Support" 2163-814 36 bottles / 450 tablets per bottle
Life Rising Tablets "MELON-C Winter Melon Complex" 2153-8124 504 bottles / 450 tablets per bottle
Life Rising Tablets "MENO-REG Meno-Regulator" 293-844 864 bottles / 60 tablets per bottle
Life Rising Tablets "MENO-EX Meno-Exholder" 2153-874 1074 bottles / 60 tablets per bottle
Life Rising Tablets "Mouth-S Clear Mouth" 293-824 861 bottles / 60 tablets per bottle
Life Rising Tablets "MSP-ST Male Power Support-ST" 2103-8104 1507 bottles / 60 tablets per bottle
Life Rising Tablets "MIND-ADH Mind Peace-AD" 2153-834 432 bottles / 60 tablets per bottle
Life Rising Tablets "PAUSE-REG Menopause Regulator" 2133-844 648 bottles / 60 tablets per bottle
Life Rising Tablets "PREG-MOR Peace Pregnancy" 293-834 1296 bottles / 60 tablets per bottle
Life Rising Tablets "QJL-T Normal Weight" 2123-8114 1080 bottles / 60 tablets per bottle
Life Rising Tablets "RCQ-G-2 Menopause Support-G-2" 2133-814 648 bottles / 60 tablets per bottle
Life Rising Tablets "RG-Dry Defense Regulator -Dry" 2133-844 432 bottles / 60 tablets per bottle
Life Rising Tablets "RECT-HM Rectal Clear" 2153-8124 648 bottles / 60 tablets per bottle
Life Rising Tablets "SCFS Mouth Regulator" 2143-844 216 bottles / 60 tablets per bottle
Life Rising Tablets "SIDE-SP Side Support" 2103-874 432 bottles / 60 tablets per bottle
Life Rising Tablets "SIDE-SP Side Support" 2103-884 864 bottles / 60 tablets per bottle
Life Rising Tablets "SKIN-D.TH Skin Maintainer-D.TH " 293-834 858 bottles / 60 tablets per bottle
Life Rising Tablets "SKIN-HU Clear Skin-HU" 293-814 645 bottles / 60 tablets per bottle
Life Rising Tablets "SKIN-SIGL skin Cool" 2153-8124 861 bottles / 60 tablets per bottle
Life Rising Tablets "SKIN-EZ-W Skin Maintainer-EZ-W" 293-834 427 bottles / 60 tablets per bottle
Life Rising Tablets "SKIN-NT Skin-Nutri" 2133-864 432 bottles / 60 tablets per bottle
Life Rising Tablets "SKIN-U-BS Skin-Nutri" 2103-864 1080 bottles / 60 tablets per bottle

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | [signature] |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

# DETENTION ORDER CONTINUATION SHEET

DETENTION ORDER NUMBER: **DO** 0902

DATE AND HOUR DETAINED: 05/17/2019 9:00 a.m. p.m.

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "STAS-MIX Multiple Relief" 2133-864 432 bottles / 60 tablets per bottle
Life Rising Tablets "SKIN-SCRO Soft Skin" 293-834 1512 bottles / 60 tablets per bottle
Life Rising Tablets "SPINE-SN Spine Regulator" 293-834 633 bottles / 60 tablets per bottle
Life Rising Tablets "STOM-DEC Stomach Warming" 2103-854 428 bottles / 60 tablets per bottle
Life Rising Tablets "STOM-UL Stomach Regulator-UL" 2103-834 648 bottles / 60 tablets per bottle
Life Rising Tablets "SUJF Menses-Regulate" 293-8124 3024 bottles / 60 tablets per bottle
Life Rising Tablets "STOM-QSF Even Stomach" 2103-854 432 bottles / 60 tablets per bottle
Life Rising Tablets "STOM-HP Pylorus Peace" 2103-854 648 bottles / 60 tablets per bottle
Life Rising Tablets "SWHQ Scutellaria Plus Complex" 2153-824 648 bottles / 60 tablets per bottle
Life Rising Tablets "SZRT PLUS Jujube seed mix-Plus" 2133-854 589 bottles / 60 tablets per bottle
Life Rising Tablets "TDXF Lepidium Complex" 2143-844 396 bottles / 60 tablets per bottle
Life Rising Tablets "THROAT-P Throat Soother" 2103-854 648 bottles / 60 tablets per bottle
Life Rising Tablets "TEETH-ST.K Peace Teeth-sT.K" 2103-874 778 bottles / 60 tablets per bottle
Life Rising Tablets "URIN-BW Urine-Regulator" 293-824 864 bottles / 60 tablets per bottle
Life Rising Tablets "VOICE-CL Even Voice" 2103-854 1296 bottles / 60 tablets per bottle
Life Rising Tablets "WDT-TEN Gallbladder Regulator-Ten" 2153-854 2592 bottles / 60 tablets per bottle
Life Rising Tablets "WDT-TEN Gallbladder Regulator-Ten" 2153-844 1080 bottles / 60 tablets per bottle
Life Rising Tablets "WALNUT-C Walnut Complex" 2143-844 420 bottles / 60 tablets per bottle
Life Rising Tablets "WYGX Lower Body Strength" 2153-8114 648 bottles / 60 tablets per bottle
Life Rising Tablets "XCH Minor Bupleurum" 2153-8114 2808 bottles / 60 tablets per bottle
Life Rising Tablets "WZYT Euodia Complex" 2143-874 634 bottles / 60 tablets per bottle
Life Rising Tablets "XK-LIV Maintain Healthy Blood Sugar" 2103-834 4968 bottles / 60 tablets per bottle
Life Rising Tablets "XMT Life Support" 2143-844 648 bottles / 60 tablets per bottle
Life Rising Tablets "YFB Coix and Patrinia" 2143-874 432 bottles / 60 tablets per bottle
Life Rising Tablets "YFB Coix and Patrinia" 2143-844 1068 bottles / 60 tablets per bottle
Life Rising Tablets "YIGAS Liver Maintenance" 2153-854 1149 bottles / 60 tablets per bottle
Life Rising Tablets "YIGAS Liver Maintenance" 2153-864 648 bottles / 60 tablets per bottle
Life Rising Tablets "Y-JXY" T36190133-1 1512 bottles / 60 tablets per bottle
Life Rising Tablets "YXC Houttuynia" no visible lot 432 bottles / 60 tablets per bottle
Life Rising Tablets "ZWT Fire Strength" 2103-854 207 bottles / 60 tablets per bottle
Holicare Tablets "Regulate Lung" T81170340 30 bottles
Holicare Tablets "ACE Advanced Support" 2163-864 48 bottles
Holicare Tablets "BRAIN-DES" 2163-854 18 bottles
Holicare Tablets "Maintain Circulation" T81171140 42 bottles
Holicare Tablets "Heal - All Complex" T81170340 6 bottles / 240 tablets per bottle
Holicare Tablets "Prost-IF" 2163-864 2 bottles
Holicare Tablets "Metabolism Regulator" T81171040 6 bottles
Holicare Tablets "Liver Circulation (YJXY)" T81170340 66 bottles
Life Rising Tablets "GMD Licorice Wheat and Date formula" 2163-844 42 bottles
Holicare Tablets "Joint Cleansing (GT-CRO)" T81171140 24 bottles
Holicare Tablets "Joint Peace (GT-ACU)" T81171140 34 bottles

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | [signature] |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 9:00 a.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Holicare Tablets "Upper Muscle Support-Spine (BT-SP)" T81171140 88 bottles
Holicare Tablets "Feet and Body Cooling (Feet-CL)" T81171140 30 bottles
Holicare Tablets "Heart Circulation Support (GXA)" T81171140 84 bottles
Holicare Tablets "Harmonize Stomach-4 (GW-4)" T81171140 52 bottles
Holicare Tablets "HB Nose Regulator-H" 2163-864 12 bottles
Holicare Tablets "Heel Support (HEEL-SP)" T81171040 36 bottles
Holicare Tablets "Leg Support (LEG-SP)" T81171040 114 bottles
Holicare Tablets "XDH-2 Pelvic Support-2" 2163-884 114 bottles
Holicare Tablets "QRHT Excretion Support" 2163-854 246 bottles
Holicare Tablets "Honeysuckle Complex (RG)" T81171140 30 bottles
Holicare Tablets "SZY Lower Circulation Regulator (Shao Fu Zhu Yu Tang)" 2163-864 24 bottles
Holicare Tablets "SYGC Peony Licorice Formula (Shao Yao Fan Cao Tang)" 2163-874 102 bottles
Holicare Tablets "Pancreas Support-1 (XK-G)" T81171140 24 bottles
Holicare Tablets "Sugar-Nerve Regulator (XK-NERVE)" T81171140 84 bottles
Holicare Tablets "Kidney Support (YISH)" T81171140 108 bottles
Holicare Tablets "TRCHQ Peach Seed Complex" 2163-864 738 bottles
Hopestream Tablets "PR-100 Series Lower Back" / "YYT2-H" 233-894 13979 bottles 180 tablets per bottle
Hopestream Tablets "PR-100 Series Knee" / "QTT-H" 233-864 9939 bottles 180 tablets per bottle
Hopestream Tablets "AR-1" / "GWH" 233-864 8873 bottles 180 tablets per bottle
Hopestream Tablets "PR100 Neck, Shoulders, Upper Back" / "BT-2-H" 233-894 14101 bottles 180 tablets per bottle
Hopestream Tablets "Anti Aging" / "BCHF-H" 233-874 13934 bottles 180 tablets per bottle
Life Rising Capsules "GPT Spleen" C3690233-1 203 Bottles
Life Rising Capsules "AB-QI Abdomen Relieving" C3690533-1 69 Bottles
Life Rising Capsules "ACLEAN-3 0.5 Facial Cleansing-3" C3690533-1 89 Bottles
Life Rising Capsules "ABDO-CL" C3690333-1 82 Bottles
Life Rising Capsules "ACE-HL-3 General Resolve" 111 Bottles
Life Rising Capsules "Amber-C" C3690233-1 103 Bottles
Life Rising Capsules "Back-Circ" C3681033-1 55 Bottles
Life Rising Capsules "C Clear Channel*" 26 Bottles
Life Rising Capsules "C-2 Clear Channel-2" 1 Bottles
Life Rising Capsules "AML-2 Easy Sleep-2" C3680733-1 68 Bottles
Life Rising Capsules "ASCI-L Water-Liver" 80 Bottles
Life Rising Capsules "BLAD-K Blad- Kidney" C3680333-1 47 Bottles
Life Rising Capsules "B-AC-2" C3681233-1 147 Bottles
Life Rising Capsules "BONE-CIRC" C3690433-1 88 Bottles

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | [signature] |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 9:00 a.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Capsules "BREATH-F" C3690233-1 38 Bottles
Life Rising Capsules "BQ" 5 Bottles
Life Rising Capsules "BLS" C3690533-1 81 Bottles
Life Rising Capsules "BZ" C3690233-1 87 Bottles
Life Rising Capsules "COLON-C" C3690133-1 26 Bottles
Life Rising Capsules "COLON-CM 0.5" C3690333-1 60 Bottles
Life Rising Capsules "COLON MD" C3690333-1 72 Bottles
Life Rising Capsules "DCHXW" C3680833-1 126 Bottles
Life Rising Capsules "CK" C3680733-1 95 Bottles
Life Rising Capsules "COLON-W" C3680833-1 29 Bottles
Life Rising Capsules "COLON-W" C3680833-2 184 Bottles
Life Rising Capsules "DG 0.5" C3681133-1 11 Bottles
Life Rising Capsules "EE-QI 0.5" C3690233-1 17 Bottles
Life Rising Capsules "EYE-CT-2" C3690233-1 62 Bottles
Life Rising Capsules "EE- QI" C3690233-1 98 Bottles
Life Rising Capsules "ELS" C3681033-1 15 Bottles
Life Rising Capsules "EYE-CT-2" C3690233-1 62 Bottles
Life Rising Capsules "FER-QI" C3681033-1 119 Bottles
Life Rising Capsules "GCGJ" C3680733-1 17 Bottles
Life Rising Capsules "EMF-H-K" C3680633-1 137 Bottles
Life Rising Capsules "MB-C" C3690233-1 83 Bottles
Life Rising "REISHE TEA" 838 Boxes
Life Rising "VOICE TEA" 1152 Boxes
Life Rising "SKIN BEAUTY TEA" 285 Boxes
Life Rising "Honeysuckle Flower Tea" 2389 Boxes
Life Rising "GynostemmaTea" 720 Boxes
Life Rising "Viracool Tea" 252 Boxes
Life Rising "First Defense Tea" 115 Boxes
Life Rising "Youthening Tea" 955 Boxes
Life Rising "Ku Ding Tea" 315 Boxes
Holicare "Ginger Tea Dietary Supplement" 2034 Boxes
Life Rising "Chrysanthemum Tea" 220 Boxes
Life Rising "Stevia Tea" 1100 Boxes
Life Rising "Astragalus Tea" 387 Boxes

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

**DETENTION ORDER CONTINUATION SHEET**

DETENTION ORDER NUMBER: **DO** 0902

DATE AND HOUR DETAINED: 05/17/2019 9:00 a.m.

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising "Life Rising Green Tea" 1700 Boxes
Life Rising "Life Rising Tender Green Tea" 510 Boxes
Life Rising "Momordica Fruit Tea Dietary Sup" 656 Boxes
Life Rising "Liver Peace Tea Dietary Supplement" 835 Boxes
Life Rising "WLS Wu Ling San Tea" 337 Boxes
Life Rising "XCH" 16 Boxes
Life Rising "WYX Local Cleaner Tea" 12 Boxes
Life Rising "Lung Support Granule Packets" 88 Boxes
Life Rising "Pancreas Support Granule Packets" 421 Boxes
Life Rising "XKC Heal All Granule Packets" 329 Boxes
Life Rising "YK- LIV Liver Sugar Balance Granule" 329 Boxes
Life Rising "Y- XY Liver Regulator Granule" 533 Boxes
Life Rising "YLZ-J" 878 Boxes
Life Rising "WDT" 614 Boxes
Life Rising "WADA Wan dai tang" 460 Boxes
Life Rising "SLBZ Spleen Support- Q.Y." 625 Boxes
Life Rising "Skin-V-T" 249 Boxes
Life Rising "INT-DH" 675 Boxes
Life Rising "HQ Astragalus Root" 317 Boxes
Life Rising "SG-Clean - Clean Soak" 762 Boxes
Life Rising "RK" 615 Boxes
Life Rising "RG" 147 Boxes
Life Rising "Red Date" 181 Boxes
Life Rising "RCQ Menopause Support" 581 Boxes
Life Rising "QXR Lower Body Regulator" 319 Boxes
Life Rising "QTT Knee Support" 239 Boxes
Life Rising "QSHR Upper Body Support" 511 Boxes
Life Rising "QI-YIN-UP Energy Support" 723 Boxes
Life Rising "QHBJ Qing Hao Bie Jia Tang" 59 Boxes
Life Rising "Qi Support" 14 Boxes
Life Rising "PXW Skin Soak" 200 Boxes
Life Rising "PITT" 700 Boxes
Life Rising "Melon-C Winter Melon Complex" 200 Boxes
Life Rising "MET-G" 100 Boxes
Life Rising "FFTS-Fang Feng Tong Sheng Sun-2" 592 Boxes
Life Rising "EMF Ear Calm" 642 Boxes
Life Rising "DXC" 482 Boxes
Life Rising "DUHO-2" 723 Boxes
Life Rising "DHT Regulate Water Metabolism" 132 Boxes
Life Rising "DGSY" 295 Boxes

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | [signature] |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 | 9:00 a.m. |
|---|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising "Clean- Tea" 36 Boxes
Life Rising "CB" 416 Boxes
Life Rising "BY YIN Support" 208 Boxes
Life Rising "BY Bu Yin Fang" 410 Boxes
Life Rising "BT-2 Upper Muscle Support" 191 Boxes
Life Rising "BP-L" 285 Boxes
Life Rising "BP-S Balance Soak" 232 Boxes
Life Rising "BIYA Nose Formula" 157 Boxes
Life Rising "BAIS White Peony Root" 301 Boxes
Life Rising "B-AC Maintain Circulation" 10 Boxes
Life Rising "AML Easy Sleep" 145 Boxes
Life Rising "ACE-LUNG" 793 Boxes
Life Rising "ACE-BR BreasClear" 215 Boxes
Life Rising "F-Warmer" 1805 Boxes
Life Rising "GBS Defense Support" 145 Boxes
Life Rising "GFW Gui Zhi Fu Ling Wan" 229 Boxes
Life Rising "GGT" 36 Boxes
Life Rising "GJTF" 500 Boxes
Life Rising "GMD Licorice Wheat and Date Formula" 73 Boxes
Life Rising "GPT Spleen Support" 24 Boxes
Life Rising "GZT" 448 Boxes
Life Rising "GMD Licorice Wheat and Date Formula" 120 Boxes
Life Rising "HGWT" 779 Boxes
Life Rising "HQ" 314 Boxes
Life Rising "INT-DH" 654 Boxes
Life Rising "Joint-CM" 425 Boxes
Life Rising "LDX G-2" 557 Boxes
Life Rising "LISTA Liver Support" 497 Boxes
Life Rising "LXXF" 342 Boxes
Life Rising Capsules "STOM-ACT 0.5 Stomach Activate" C3690333-1 18 Bottles
Life Rising Capsules "STOM-LR Stomach Liver" C3690333-1 38 Bottles
Life Rising Capsules "STOM-HT 0.5 Stomach Heart" C3690333-1 87 Bottles
Life Rising Capsules "SYGC" C3690433-1 116 Bottles
Life Rising Capsules "SNS-C Limbs Warmer" C3690133-1 61 Bottles
Life Rising Capsules "LR Spleen ST" C3680533-1 31 Bottles
Life Rising Capsules "SQ San Qi Ginseng" C3670633-1 29 Bottles
Life Rising Capsules "RUM Frankincense and Myrrh" No visible lot code 35 Bottles
Life Rising Capsules "RG-F 306 General Cooling" C3680533-1 7 Bottles
Life Rising Capsules "SHXX Tree Yellow Herb Complex" C3680833-1 41 Bottles
Life Rising Capsules "Skin-Sun 0.5 Skin Cooling" C3680633-1 15 Bottles
Life Rising Capsules "Skin-S 0.5 Skin Amending" C3690333-1 50 Bottles

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | [signature] |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 | 9:00 a.m. |
|---|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Capsules "SGFT Peony and Aconitum Complex" C3681033-1 10 Bottles
Life Rising Capsules "QT-2 0.5 Front Head Support" C3681133-1 29 Bottles
Life Rising Capsules "GPT" C3690133-1 103 Bottles
Life Rising Capsules "FER-IM" C3680733-1 102 Bottles
Life Rising Capsules "GTL" C3690233-1 58 Bottles
Life Rising Capsules "GXP 0.5" C3690333-1 76 Bottles
Life Rising Capsules "EAR-KD 0.5" C3681033-1 135 Bottles
Life Rising Capsules "JOINT-CH" C3680533-1 9 Bottles
Life Rising Capsules "GJTF-B 0.5" C3681033-1 45 Bottles
Life Rising Capsules "HB-F .5" C3690333-1 82 Bottles
Life Rising Capsules "GLMLS" C3680933-1 96 Bottles
Life Rising Capsules "GCXXT .5" C3690233-1 100 Bottles
Life Rising Capsules "HB-F .5" C3690333-1 82 Bottles
Life Rising Capsules "HFD .5" C3680633-1 49 Bottles
Life Rising Capsules "HLT .5" C3681133-1 55 Bottles
Life Rising Capsules "HZW-A" C3690133-1 102 Bottles
Life Rising Capsules "JJLH-2" 48 Bottles
Life Rising Capsules "JLS .5" C3680733-1 125 Bottles
Life Rising Capsules "Honey-C" C3681233-1 128 Bottles
Life Rising Capsules "JYEN" C3681133-1 51 Bottles
Life Rising Capsules "KD-SP" 35 Bottles
Life Rising Capsules "KWL-M" 7 Bottles
Life Rising Capsules "LBS .5" C3690133-1 75 Bottles
Life Rising Capsules "Liver- QI" C3690133-1 87 Bottles
Life Rising Capsules "Liver Wind" 22 Bottles
Life Rising Capsules "LM" C3690233-1 122 Bottles
Life Rising Capsules "LXW-2" 22 Bottles
Life Rising Capsules "LXXF" C3620433-1 80 Bottles
Life Rising Capsules "LUNG-GC" C3680935-1 80 Bottles
Life Rising Capsules "Lung-IF-1" C3680533-1 80 Bottles
Life Rising Capsules "Lung-IF-2" C3680533-1 32 Bottles
Life Rising Capsules "Lung QI .5" C3690233-1 134 Bottles
Life Rising Capsules "MUC-C .5" C3681233-1 76 Bottles
Life Rising Capsules "MSP-4 0.2" C3671133-1 17 Bottles
Life Rising Capsules "Lung-IF-1 .5" C3680533-1 28 Bottles
Life Rising Capsules "MSP-4 .5" C3680833-1 216 Bottles
Life Rising Capsules "LGZHG" C3681133-1 82 Bottles
Life Rising Capsules "Lung GC" C3680933-1 25 Bottles

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator |  |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>DO 0902 | DATE AND HOUR DETAINED<br>05/17/2019 9:00 a.m. p.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "CB-2 Nose Regulator-C-2" 293-884 18 bottles / 60 tablets/bottle
Life Rising Tablets "GFW Cinnamon and Poria Blend (Gui Zhi Fu Ling Wan)" 2143-814 11 bottles / 60 tablets/bottle
Life Rising Tablets "TESTI TestiCalm" 253-814 60 bottles 60 tablets/bottle
Life Rising Tablets "ELS (Zedoary and Sparganium)" 2103-894 46 bottles 60 tablets/bottle
Life Rising Tablets "TEETH-ST.K Peace Teeth-ST.K" 293-814 317 bottles 60 tablets/bottle
Life Rising Tablets "SLEAN Skin Support" 2133-874 54 bottles 60 tablets/bottle
Life Rising Tablets "RCQ Menopause Support" 2143-814 33 bottles 60 tablets/bottle
Life Rising Tablets "RCQ Menopause Support" 293-8124 1 bottles 60 tablets/bottle
Life Rising Tablets "RCQ Menopause Support" 293-884 1 bottles 60 tablets/bottle
Life Rising Tablets "RCQ Menopause Support" 2143-824 19 bottles 60 tablets/bottle
Life Rising Tablets "G Maintain Healthy Pressure" 2113-814 12 bottles 60 tablets/bottle
Life Rising Tablets "G Maintain Healthy Pressure" no visible lot 39 bottles 60 tablets/bottle
Life Rising Tablets "SBLZ Spleen Support-Q.Y (Shen Ling Bai Zhu San)" 2133-884 19 bottles 60 tablets/bottle
Life Rising Tablets "Fo-Ti (He Shou Wu)" no visible lot 54 bottles 90 tablets/bottle
Hopestream Tablets "Defense Power" 233-8114 6 bottles 180 tablets/bottle
Life Rising Tablets "SF Hair Support" 2123-814 30 bottles 60 tablets/bottle
Life Rising Tablets "SHM-MF Skin Regulator" 2143-844 14 bottles 60 tablets/bottle
Life Rising Tablets "SHM-MF Skin Regulator" 2143-854 15 bottles 60 tablets/bottle
Life Rising Tablets "SHM-MF Skin Regulator" 263-874 6 bottles 60 tablets/bottle
Life Rising Tablets "YISH Kidney Support" 2143-854 5 bottles 60 tablets/bottle
Life Rising Tablets "SHM Sleep Support" 2133-884 19 bottles 60 tablets/bottle
Life Rising Tablets "QRHT Excretion Support" 2143-884 8 bottles 60 tablets/bottle
Life Rising Tablets "Hawthorn Shan Zha" no visible lot 7 bottles 90 tablets/bottle
Life Rising Tablets "ZGTF-2 Sciatic Support" 2123-834 6 bottles 60 tablets/bottle
Life Rising Tablets "QJL-T Normal Weight" 293-884 1 bottle 60 tablets/bottle
Life Rising Tablets "QJL-T Normal Weight" 2123-844 180 bottles 60 tablets/bottle
Life Rising Tablets "GTL Bowel Support" 2133-8124 1 bottle 60 tablets/bottle
Life Rising Tablets "YCH Gall Support (Yin Chen Hao Tang)" 283-8124 1 bottle 60 tablets/bottle
Life Rising Tablets "ZCHT Gardenia Complex" 2143-864 1 bottle 60 tablets/bottle
Life Rising Tablets "SKIN-AL Skin-Immune Regulator" 293-844 8 bottles 60 tablets/bottle
Life Rising Tablets "DHT-INT Intestine Support" 2133-874 9 bottles 60 tablets/bottle
Life Rising Tablets "ZGC Heart Support" 2123-8114 6 bottles 60 tablets/bottle
Life Rising Tablets "XK-LIV Maintain Healthy Blood Sugar" 283-874 5 bottles 60 tablets/bottle
Life Rising Tablets "GX-2 Maintain Heart-2" 2123-8104 31 bottles 60 tablets/bottle
Life Rising Tablets "PDL Cool Regulator" 293-8114 19 bottles 60 tablets/bottle
Life Rising Tablets "SLBZ" 273-844 1 bottle 60 tablets/bottle
Life Rising Tablets "DHT-INT" 2103-874 2 bottles 60 tablets/bottle
Life Rising Tablets "HNSH Kidney Herb" 2103-8114 1 bottle 60 tablets/bottle
Life Rising Tablets "GTJF" 273-814 1 bottle 60 tablets/bottle

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 9:00 a.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "SYGC Peony Licorice Formula (Shao Yao Gan Cao Tang)" 293-884 1 bottle 60 tablets/bottle
Life Rising Tablets "QT Front Head Support" 2123-854 1 bottle 60 tablets/bottle
Life Rising Tablets "HB Nose Regulator-H" 2123-834 1 bottle 60 tablets/bottle
Life Rising Tablets "QCJF Lung Support-Y (Qin Zao Jiu Fei Tang)" 2133-894 1 bottle 60 tablets/bottle
Life Rising Tablets "QCJF Lung Support-Y (Qin Zao Jiu Fei Tang)" 293-884 1 bottle 60 tablets/bottle
Life Rising Tablets "QCJF Lung Support-Y (Qin Zao Jiu Fei Tang)" 263-864 1 bottle 60 tablets/bottle
Life Rising Tablets "GH Regulate Licer" 293-8124 3 bottles 60 tablets/bottle
Life Rising Tablets "SHM-MF Sleep Regulator" 293-8114 2 bottles 60 tablets/bottle
Life Rising Tablets "QGJ Trachea Regulator" 293-874 2 bottles 60 tablets/bottle
Life Rising Tablets "QGJ Trachea Regulator" 2123-824 32 bottles 60 tablets/bottle
Life Rising Tablets "YIMF Female Support" 283-8124 2 bottles 60 tablets/bottle
Life Rising Tablets "JING Lower Muscle Support" 2133-854 4 bottles 60 tablets/bottle
Life Rising Tablets "BONE-CIRC Cone Circulation Support" 2133-834 2 bottles 60 tablets/bottle
Life Rising Tablets "MBW-2 Areca See Formula" 2103-894 2 bottles 60 tablets/bottle
Life Rising Tablets "GX-2 Smooth Heart" 253-884 1 bottle 60 tablets/bottle
Life Rising Tablets "MIND-D Mind Strength" 293-844 16 bottles 60 tablets/bottle
Life Rising Tablets "CLN B Healthy Blood Support-W" 2113-8104 9 bottles 60 tablets/bottle
Life Rising Tablets "B Chest Circulation Support (Xue Fu Zhu Yu Tang)" 2143-854 1 bottle 60 tablets/bottle
Life Rising Tablets "B Chest Circulation Support (Xue Fu Zhu Yu Tang)" 273-814 1 bottle 60 tablets/bottle
Life Rising Tablets "YAOT Lower Back Support" 2133-814 1 bottle 60 tablets/bottle
Life Rising Tablets "IMMU-J Immune Support" 293-874 54 bottles 60 tablets/bottle
Life Rising Tablets "CB" 273-824 1 bottle 60 tablets/bottle
Life Rising Tablets "ACE-BR Breast Support" 283-884 1 bottle 60 tablets/bottle
Life Rising Tablets "SIDE-SP Side Support" 293-814 667 bottles 60 tablets/bottle
Life Rising Tablets "WJT Womb Support" 283-874 2 bottles 60 tablets/bottle
Life Rising Tablets "DSN-2 Modulated Dang Gui Complex" 2103-894 2 bottles 60 tablets/bottle
Life Rising Tablets "JF-F" 273-814 216 bottles 60 tablets/bottle
Life Rising Tablets "SZT Three Seeds" 293-844 67 bottles 60 tablets/bottle
Life Rising Tablets "SZT Three Seeds" 263-874 1 bottles 60 tablets/bottle
Life Rising Tablets "BYHW Circulate Yang" 253-874 145 bottles 60 tablets/bottle
Life Rising Tablets "XTSJ-L Liver Regulator-M" 2113-814 24 bottles 60 tablets/bottle
Life Rising Tablets "XTSJ-L Liver Regulator-M" 2123-874 13 bottles 60 tablets/bottle
Life Rising Tablets "XTSJ-L Liver Regulator-M" 293-8124 1 bottle 60 tablets/bottle
Life Rising Tablets "Eye-IF Eye Support-IF" 293-844 74 bottles 60 tablets/bottle
Life Rising Tablets "Eye-CL Vision Cleanser" 2113-844 12 bottles 60 tablets/bottle
Life Rising Tablets "RBX Colon Support" 2103-8104 6 bottles 60 tablets/bottle
Life Rising Tablets "G-LF Circulation Maintenance" 2133-844 6 bottles 60 tablets/bottle
Life Rising Tablets "GMJ Allergy Formula" no visible lot 6 bottles 60 tablets/bottle

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 | 9:00 a.m. |
|---|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "BCHF Anti Aging" no visible lot 12 bottles 60 tablets/bottle
Life Rising Tablets "XTSJ Metabolism Regulate-M" 293-8174 1 bottle 60 tablets/bottle
Life Rising Tablets "LDXG-2 Gentian Blend" no visible lot 6 bottles 60 tablets/bottle
Life Rising Tablets "JBJW Tendon Support" 293-8124 6 bottles 60 tablets/bottle
Life Rising Tablets "XFDZ Xuan Fu Dai Zhe Tang" 253-8114 8 bottles 60 tablets/bottle
Life Rising Tablets "ACE Advanced Support" 2133-884 6 bottles 60 tablets/bottle
Life Rising Tablets "PXD Power Regulate" 2133-874 6 bottles 60 tablets/bottle
Life Rising Tablets "PXD Power Regulate" 2103-824 3 bottles 60 tablets/bottle
Life Rising Tablets "EMF Ear Calm" no visible lot 12 bottles 60 tablets/bottle
Life Rising Tablets "BRAIN-S Brain Support" 2123-8104 5 bottles 60 tablets/bottle
Life Rising Tablets "BRAIN-S Brain Support" 2133-854 13 bottles 60 tablets/bottle
Life Rising Tablets "BRAIN-S Brain Support" 273-834 6 bottles 60 tablets/bottle
Life Rising Tablets "QSHR Upper Body Support" 2133-844 25 bottles 60 tablets/bottle
Life Rising Tablets "BZYQ Energy Rising (Bu Zhang Yi Qi Tang)" 2103-85 1 bottle 60 tablets/bottle
Life Rising Tablets "BZYG" 273-834 1 bottle 60 tablets/bottle
Life Rising Tablets "Cula Ovary Strength" 263-844 23 bottles 60 tablets/bottle
Life Rising Tablets "XMT Life Support" 2143-844 9 bottles 60 tablets/bottle
Life Rising Tablets "JOINT-CC Strong Joint" 2103-854 8 bottles 60 tablets/bottle
Life Rising Tablets "XG Maintain Defense" 2103-894 26 bottles 60 tablets/bottle
Life Rising Tablets "PITT Head Support" 273-864 25 bottles 60 tablets/bottle
Life Rising Tablets "PITT Head Support" 293-864 16 bottles 60 tablets/bottle
Life Rising Tablets "FER-OW" 283-8104 53 bottles 60 tablets/bottle
Life Rising Tablets "SHU-Q Promote Bladder" 283-854 90 bottles 60 tablets/bottle
Life Rising Tablets "WDT-TEN Gallbladder Regulator-Ten" 2133-864 101 bottles 60 tablets/bottle
Life Rising Tablets "SZRT Jujube Seed mix" 2103-824 80 bottles 60 tablets/bottle
Life Rising Tablets "FI Circulation Regulator" 2143-814 180 bottles 60 tablets/bottle
Life Rising Tablets "BHT" 263-8124 25 bottles 60 tablets/bottle
Life Rising Tablets "Lung-YIHM Lung Peace Support" 293-864 7 bottles 60 tablets/bottle
Life Rising Tablets "RG Defense Regulator-R" 2123-8104 1 bottle 60 tablets/bottle
Life Rising Tablets "RG Defense Regulator-R" 293-8124 2 bottles 60 tablets/bottle
Life Rising Tablets "YINCHIAO Honeysuckle & Forsythia Blend" 2123-8124 6 bottles 60 tablets/bottle
Life Rising Tablets "YYT2 Back Strength" 263-894 6 bottles 60 tablets/bottle
Life Rising Tablets "YYT2 Back Strength" 273-864 35 bottles 60 tablets/bottle
Life Rising Tablets "YANT Throat Support" 2133-8144 20 bottles 60 tablets/bottle
Life Rising Tablets "PBY Lung Regulator" 2103-874 25 bottles 60 tablets/bottle
Life Rising Tablets "PROST-EL Prostate Maintainer" 2103-814 6 bottles 60 tablets/bottle
Life Rising Tablets "PROST-EL Prostate Maintainer" 2123-854 12 bottles 60 tablets/bottle
Life Rising Tablets "TWBX Calming Down and Relaxing (Tian Wang Bu Xin Dan)" 283-844 8 bottles 60 tablets/bottle
Life Rising Tablets "TJ Regulate Cycle" 293-874 20 bottles 60 tablets/bottle
Life Rising Tablets "JXY Jia Wei Xiao Yao San" 253-8114 6 bottles 60 tablets/bottle

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | [signature] |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES FOOD AND DRUG ADMINISTRATION | DETENTION ORDER NUMBER | DATE AND HOUR DETAINED | |
|---|---|---|---|
| **DETENTION ORDER CONTINUATION SHEET** | **DO** 0902 | 05/17/2019 | 9:00 a.m. p.m. |

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "Shrubby Sophora (Ku Shen)" 273-864 14 bottles 60 tablets/bottle

Life Rising Tablets "G-SBP Pressure Support-SBP" 2103-884 6 bottles 60 tablets/bottle

Life Rising Tablets "G-SBP Pressure Support-SBP" 2103-894 12 bottles 60 tablets/bottle

Life Rising Tablets "Qi-Yin UP Energy Support" 2133-844 12 bottles 60 tablets/bottle

Life Rising Tablets "SHM-YIY Harmony Night" 2103-854 4 bottles 60 tablets/bottle

Life Rising Tablets "SZTF Tri-Smooth" 2103-834 90 bottles 60 tablets/bottle

Life Rising Tablets "Honeysuckle (Jin Yin Hua)" 273-844 24 bottles 90 tablets/bottle

Life Rising Tablets "COIX-C Coix Complex" 2143-824 24 bottles 60 tablets/bottle

Life Rising Tablets "P" 273-814 84 bottles 60 tablets/bottle

Life Rising Tablets "GH-EX Regulate Liver" 2143-8124TE 12 bottles 60 tablets/bottle

Life Rising Tablets "BT-CPN Upper Muscle Support-CPN" 2103-854 12 bottles 60 tablets/bottle

Life Rising Tablets "XTSJ Dissolve Mucus" no visible lot 1 bottle 60 tablets/bottle

Life Rising Tablets "YIMF Calm Menses" no visible lot 1 bottle 60 tablets/bottle

Life Rising Tablets "BT-2 Upper Muscle Support 2" no visible lot 1 bottles 60 tablets/bottle

Life Rising Tablets "GFW Cinnamon Poria Formula" no visible lot 3 bottles 60 tablets/bottle

Life Rising Tablets "XHC Agrimony" no visible lot 16 bottles 60 tablets/bottle

Life Rising Tablets "IMMU-TONE" no visible lot 5 bottles 60 tablets/bottle

Life Rising Tablets "XM Extra More" no visible lot 24 bottles 60 tablets/bottle

Life Rising Tablets "JTW Jiao Tai Wan" 223-854 6 bottles 60 tablets/bottle

Life Rising Tablets "JTW Jiao Tai Wan" 263-934 138 bottles 60 tablets/bottle

Life Rising Tablets "JTW Jiao Tai Wan" no visible lot 18 bottles 60 tablets/bottle

Life Rising Tablets "RYR Red Yeast Rice" no visible lot 19 bottles 60 tablets/bottle

Life Rising Tablets "RYR Red Yeast Rice" 263-844 4 bottles 60 tablets/bottle

Life Rising Tablets "RYR Red Yeast Rice" 293-874 1 bottles 60 tablets/bottle

Life Rising Tablets "Qi-Tone" no visible lot 1 bottles 60 tablets/bottle

Life Rising Tablets "MBW Stomach Purge" no visible lot 1 bottles 60 tablets/bottle

Life Rising Tablets "Chinese Herbs P" no visible lot 37 bottles 60 tablets/bottle

Life Rising Tablets "XG Cold Deficiency" no visible lot 6 bottles 60 tablets/bottle

Life Rising Tablets "B-ACHE Ache Free" no visible lot 1 bottle 60 tablets/bottle

Life Rising Tablets "PDL Severe Toxin" no visible lot 4 bottles 60 tablets/bottle

Life Rising Tablets "MSP Man Passion" no visible lot 2 bottles 60 tablets/bottle

Life Rising Tablets "ELS Double Dissolve" 263-864 1 bottle 60 tablets/bottle

Life Rising Tablets "ELS Double Dissolve" no visible lot 1 bottle 60 tablets/bottle

Life Rising Tablets "FSP Female Passion" no visible lot 22 bottles 60 tablets/bottle

Life Rising Tablets "Capillaris (Yin Chen)" 2113-814 8 bottles 90 tablets/bottle

Life Rising Tablets "Capillaris (Yin Chen)" 283-884 35 bottles 60 tablets/bottle

Life Rising Tablets "QTT" 273-834 31 bottles 60 tablets/bottle

Life Rising Tablets "HGWT Five Elements (Huang Qi Gai Zhi Wu Wu Tang)" 293-844 108 bottles 60 tablets/bottle

Life Rising Tablets "SWGH Scuttelaria Plus Complex" 2143-834 806 bottles 60 tablets/bottle

Life Rising Tablets "Harmony Night (JHM-YIY)" T81171140 36 bottles 60 tablets/bottle

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 9:00 a.m. p.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Tablets "Stomach Regulator (HWDZ)" T81171140 284 bottles
Life Rising Tablets "DHZC" no visible lot 11 bottles
Life Rising Tablets "BYZH Sweat Gland Support" 2113-8114 18 bottles
Life Rising Tablets "BB" 263-8124 16 bottles
Life Rising Tablets "B-AC Maintain Circulation" 293-884 6 bottles
Life Rising Tablets "B-AC Maintain Circulation" 2103-8114 2 bottles
Life Rising Tablets "MIND-ADH Mind Peace AD" 2103-864 6 bottles
Life Rising Tablets "SHBU" 273-834 12 bottles
Life Rising Tablets "QXR Lower Body Regulator" 2113-834 6 bottles
Life Rising Tablets "DUHO-2 Joint Warmer" 293-824 6 bottles
Life Rising Tablets "SHT Chest Regulate" 2133-834 6 bottles
Life Rising Tablets "PITT Deep Head Reliever" no visible lot 5 bottles
Life Rising Tablets "ACE-P" 273-844 6 bottles
Life Rising Tablets "G-2 Healthy Pressure-2" 293-874 9 bottles
Life Rising Tablets "B-ACT Circulation Support" 273-844 14 bottles
Life Rising Tablets "DACH Major Bupleurum (Da Chai Hu Tang)" 2133-824 3 bottles
Life Rising Tablets "CLN B-G Healthy Blood Support-G" 283-874 6 bottles
Life Rising Capsules "WATER-AB Immature Bitter Orange Complex" no visible lot 141 bottles
Life Rising Capsules "XH Clean Power" no visible lot 101 bottles
Life Rising Capsules "YGS Pharbitis Complex" no visible lot 80 bottles
Life Rising Capsules "WWW Schisandra Fruit Complex" no visible lot 35 bottles
Life Rising Capsules "SL Poke Root" no visible lot 79 bottles
Life Rising Capsules "STOM-AC" no visible lot 13 bottles
Life Rising Capsules "SQS" no visible lot 52 bottles
Life Rising Capsules "Male Power M-P" C3690133-1 97 bottles
Life Rising Capsules "WBZ Gallnut" no visible lot 108 bottles
Life Rising Capsules "XCB Magnolia Flower Complex" no visible lot 14 bottles
Life Rising Capsules "SHJC Chinese Sage" no visible lot 38 bottles
Life Rising Capsules "WKL" no visible lot 99 bottles
Life Rising Capsules "NINE-P Nine Power" no visible lot 93 bottles
Life Rising Capsules "STAM-E stamina energy" no visible lot 84 bottles
Life Rising Capsules "SG Belamcanda Rhizome" no visible lot 8 bottles
Life Rising Capsules "OVA-CYS" no visible lot 8 bottles
Life Rising Capsules "TLW" no visible lot 17 bottles
Life Rising Capsules "TAN-S Trans-Slim" no visible lot 6 bottles
Life Rising Capsules "QT Front Headache" no visible lot 3 bottles
Life Rising Capsules "ZAOX Paris Rhizome" no visible lot 2 bottles
Life Rising Capsules "MSP-II Man Passion" no visible lot 10 bottles
Life Rising Capsules "HAIR-GR" no visible lot 1 bottle
Life Rising Capsules "Chinese Herb Pills SQDP Shen Qi Da Du Wan" no visible lot 1 bottle
Life Rising Capsules "XY Xiao Yao San" no visible lot 1 bottle

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER<br>CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019   9:00   a.m.<br>p.m. |
|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available, and any additional remarks are provided below.*

Life Rising Capsules "DCC-2 Immune Power" no visible lot 53 bottles
Life Rising Capsules "Qis Qi Smooth" no visible lot 1 bottle
Life Rising Capsules "ZAOX Paris Rhizome" no visible lot 3 bottles
Life Rising Capsules "GW-3 Harmonize Stomach-3" no visible lot 1 bottle
Life Rising Capsules "BT Upper Muscle Support" no visible lot 3 bottles
Life Rising Capsules "ZGC Heart Support (Zhi Gan Cao Tang)" no visible lot 4 bottles
Life Rising Capsules "C Clear Channel" no visible lot 1 bottle
Life Rising Capsules "XK Cool Moistening" no visible lot 1 bottle
Life Rising Capsules "XXB Bladder Support" no visible lot 1 bottle
Life Rising Capsules "JSH Food Stagnation" no visible lot 1 bottle
Life Rising Capsules "TT Side Head Relief" no visible lot 1 bottle
Life Rising Capsules "QR Toxic" no visible lot 2 bottles
Life Rising Capsules "RCQ-3 Menopause Support-3" no visible lot 2 bottles
Life Rising Capsules "LM Chinese Herb" no visible lot 3 bottles
Life Rising Capsules "WT-BAC Weight Balance" no visible lot 8 bottles
Life Rising Capsules "Reishi Spore" no visible lot 21 bottles
Life Rising Capsules "BONE-S Bone-Support" no visible lot 78 bottles
Life Rising Capsules "ATS Alpinia Complex" no visible lot 106 bottles
Life Rising Capsules "CT Cicade Molt" no visible lot 18 bottles
Life Rising Capsules "CCH Clear Breath" no visible lot 27 bottles
Life Rising Capsules "CEZ" no visible lot 6 bottles
Life Rising Capsules "DW-CLEAR Herbal Ferment Complex" no visible lot 43 bottles
Life Rising Capsules "GG Kudzu Root" no visible lot 26 bottles
Life Rising Capsules "GFW Gui Zhi Fu Ling Wan" no visible lot 13 bottles
Life Rising Capsules "CHCI Asiatic Dogwood Complex" no visible lot 90 bottles
Life Rising Capsules "BLAD-KL Bladder Consolidate" no visible lot 56 bottles
Life Rising Capsules "MXB Costus and Areca" no visible lot 46 bottles
Life Rising Capsules "HP" no visible lot 43 bottles
Life Rising Capsules "JC" no visible lot 88 bottles
Life Rising Capsules "IMMUN-P" no visible lot 137 bottles .5x15caps
Life Rising Capsules "JOINT-HP" no visible lot 39 bottles
Life Rising Capsules "MSP-III Man's Energy Support" no visible lot 221 bottles
Life Rising Capsules "HZW Liver Rejuve" no visible lot 56 bottles
Life Rising Capsules "KYD White Mustard Complex" no visible lot 43 bottles
Life Rising Capsules "GJTF-P Joint Support-P" C3681133-1 73 bottles
Life Rising Capsules "FPW" no visible lot 3 bottles
Life Rising Capsules "CHX-C Major Ligusticum Complex" no visible lot 24 bottles
Life Rising Capsules "KF P. Alum" no visible lot 26 bottles
Life Rising Capsules "CM Fossil and Oyster Shell" no visible lot 38 bottles
Life Rising Capsules "BGZ Scrufy-Pea Fruit" no visible lot 118 bottles
Life Rising Capsules "CHX Sichuan Lovage Rhizome" no visible lot 92 bottles

| NAME OF FDA EMPLOYEE *(Type or print)*<br>Chase S. Baldwin | TITLE *(FDA Employee)*<br>Investigator | SIGNATURE *(FDA Employee)* |
|---|---|---|

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

# DETENTION ORDER CONTINUATION SHEET

| DETENTION ORDER NUMBER | DATE AND HOUR DETAINED | |
|---|---|---|
| DO 0902 | 05/17/2019 | 9:00 a.m. |

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Capsules "BZS Atractylodes Complex" no visible lot 46 bottles
Life Rising Tea "Liver Peace Tea Dietary Supplement" 2143-8104 20 boxes containing 20 bags
Life Rising Tea "Chrysanthemum Dietary Supplement" 2143-8124 24 boxes containing 20 bags
Life Rising Tea "Astragalus Tea Dietary Supplement" 2143-814 45 boxes containing 20 bags
Life Rising Tea "San-Qi Flower Dietary Supplement" 263-814 4 boxes containing 30 bags
Life Rising Capsules "Infer-OB" no visible lot 48 bottles
Life Rising Capsules "H Trichosanthes Root" no visible lot 85 bottles
Life Rising Capsules "JNJ Chicken Gizzard Skin" no visible lot 25 bottles
Life Rising Brewpacks "QSHR Upper Hear" 233-8124 49 20 g brewpacks
Life Rising Brewpacks "QCT Paras Clear" 243-8104 23 20 g brewpacks
Life Rising Brewpacks "RG Cool Wind-Heat" 233-824 32 20 g brewpacks
Life Rising Brewpacks "RG Re Gan Fang" 293-8114 14 20 g brewpacks
Life Rising Supplement "Angelica Dahurica" no visible lot 6 .3gx6bags/pack
Life Rising Brewpack "QCT Clear Parasites" 293-8114 18 20 g brewpacks
Life Rising Brewpack "ACE-BR" 233-854 16 20 g brewpacks
Life Rising Tablets "Y-JXY Liver Regulator-2" no visible lot 191 bottles
Life Rising Granule Pack "SLBZ Shen Ling Bai Zhu San" 253-8114 3 Granule pack - 20 per box
Life Rising Granule Pack "ACE-LUNG Lung Clarifier" no visible lot 9 Granule pack - 20 per box
Life Rising Granule Pack "Y Warm Circulation" 253-814 2 Granule pack - 20 per box
Life Rising Granule Pack "QTT Knee Support" no visible lot 1 Granule pack - 20 per box
Life Rising Granule Pack "RCQ Menopause Support" 243-884 1 Granule pack - 20 per box
Life Rising Granule Pack "XK-LIV Maintain Health Blood Sugar" 293-894 2 Granule pack - 20 per box
Life Rising Granule Pack "BAIS (White Peony Root)" 2103-894 2 Granule pack - 20 per box
Life Rising Granule Pack "Viracool" 2103-894 18 contain 12 packets/box
Life Rising Granule Pack "Red Date Red Date Tea" 2123-874 3 Granule pack - 20 per box
Life Rising Granule Pack "DXC Deng in Cao" 273-894 1 Granule pack - 20 per box
Life Rising Granule Pack "First Defense Wind Heat" 2143-834 3 Granule pack - 20 per box
Life Rising Granule Pack "Clean Tea" 2015.12.31 1 Granule pack - 20 per box
Life Rising Tablets "B" 2143-854 1 bottle
Life Rising Tea "Clean Tea" Best Before 2015 12 31 1 box
Life Rising Granules "DHT" 293-864 1 box
Life Rising Tablets "F1" 2133-8124 1 bottle
Life Rising Granules "FFTS-2" 253-814 1 box
Life Rising Tablets "GH" 2143-844 1 bottle
Life Rising Granules "GPT" 293-8104 1 box

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | [signature] |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**DETENTION ORDER CONTINUATION SHEET** | DETENTION ORDER NUMBER<br>**DO** 0902 | DATE AND HOUR DETAINED<br>05/17/2019 | 9:00 a.m.<br>p.m. |
|---|---|---|---|

*The following articles are being detained per the above referenced Detention Order with the corresponding labeling descriptions, if available; and any additional remarks are provided below.*

Life Rising Granules "GZT" 273-8104 1 box
Life Rising Capsules "HOLDER-W" no visible lot 66 bottles
Life Rising Capsules "HOLDER-W" no visible lot 94 bottles
Life Rising Granules "MELON-C" 2153-8124 2 boxes
Life Rising Granules "MET-G" 2153-864 1 box
Holicare Tablets "Metabolism Cleansing" T81171040 263 bottles
Life Rising Tea "Momordica Fruit Tea" 2163-874 1 box
Life Rising Capsules "NECK-ND" C3680533-1 67 bottles
Life Rising Capsules "NECK-ND" no visible lot 30 bottles
Life Rising Granules "PITT" 273-814 6 boxes
Life Rising Tablets "QT" 2143-864 2 bottles
Life Rising Granules "RG" 2133-854 3 boxes
Life Rising Granules "SHM-YY" 2143-854 1 box
Life Rising Capsules "SHT" no visible lot 67 bottles
Life Rising Granules "WADA" 293-894 1 box
Life Rising Granules "ZGC" 2143-864 1 box

| NAME OF FDA EMPLOYEE *(Type or print)* | TITLE *(FDA Employee)* | SIGNATURE *(FDA Employee)* |
|---|---|---|
| Chase S. Baldwin | Investigator | |